825 F.2d 413
 Hassain (Abbas)
v.
Young (Charles H.), Carlson (Norman A.), Fields (Ogis),
Eaton (Paul), IDC Committee, Wedding (Harold), Witlock
(Warren), Gilda County Jail, Smith (William French),
Williams (J.D.), Christianson (R.J.), Kastner (David), Peace
(Lyman), Martinez (B.), Hogg, Gula, Hogg, Truchess, Food
Administrator, USP, Hines, Barnes (Tony), Noojin (Moni), Hall
 NO. 86-2110
 United States Court of Appeals,
Ninth Circuit.
 AUG 03, 1987
 
 1
 Appeal From: D.Ariz.
 
 
 2
 AFFIRMED.